AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Income Kingz, LLC<br><br>*Plaintiff(s)*<br>v.<br>BBC Retail & Internet LLC,<br>BBC Ice Cream LLC, and<br>Pharrell Williams<br><br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-26467 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BBC Ice Cream LLC
c/o registered agent Eresidentagent, Inc.
500 Delaware Ave.
Suite 903
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cole Carlson
Carlson IP Law, LLC
412 E Madison Street
Suite 821
Tampa, FL 33602
cole@carlsoniplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Angela E. Noble
Clerk of Court

Date: 09/18/2026

s/ K. Rivers

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Income Kingz, LLC<br>*Plaintiff(s)*<br>v.<br>BBC Retail & Internet LLC,<br>BBC Ice Cream LLC, and<br>Pharrell Williams<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-26467 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BBC Retail & Internet LLC
c/o registered agent Eresidentagent
515 E Park Ave.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cole Carlson
Carlson IP Law, LLC
412 E Madison Street
Suite 821
Tampa, FL 33602
cole@carlsoniplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Rivers

Deputy Clerk
U.S. District Courts

Date: 09/18/2026

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Income Kingz, LLC

*Plaintiff(s)*

v.

BBC Retail & Internet LLC,
BBC Ice Cream LLC, and
Pharrell Williams

*Defendant(s)*

Civil Action No. 1:26-cv-26467

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pharrell Williams
700 Casuarina Concourse
Coral Gables, FL 33143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cole Carlson
Carlson IP Law, LLC
412 E Madison Street
Suite 821
Tampa, FL 33602
cole@carlsoniplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 09/18/2026

s/ K. Rivers

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court